# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Petitioner, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Respondents. | No. 25-1005 |

## RESPONDENTS' NOTICE OF FILING
## CORRECTED CERTIFIED LIST OF CONTENTS OF
## THE ADMINISTRATIVE RECORD

Pursuant to Federal Rule of Appellate Procedure 17, Respondents, the United States Environmental Protection Agency ("EPA") and EPA Administrator Lee M. Zeldin, respectfully submit the attached Corrected Certified Index to the Administrative Record for the agency action that is the subject of this petition for review. This version of the index corrects the formatting that cut off the titles of certain documents in the version of the index filed March 26, 2025. No substantive changes have been made.

|  |  |
|---|---|
| July 3, 2025 | Respectfully submitted,<br>ADAM R.F. GUSTAFSON<br>  *Acting Assistant Attorney General*<br><br> <u>/s/  Kimere J. Kimball</u><br>KIMERE J. KIMBALL<br>  U.S. Department of Justice<br>  Env't & Natural Resources Div.<br>  Environmental Defense Section<br>  P.O. Box 7611<br>  Washington, D.C. 20044<br>  (202) 514-2285<br>  Kimere.Kimball@usdoj.gov |
| *Of Counsel*:<br>HALI KERR<br>  U.S. EPA<br>  Office of General Counsel |  |

 EMILY A. POLACHEK
   Wildlife & Marine Resources Section
   5600 American Blvd. W, Suite 650
   Bloomington, MN  55437
   Emily.polachek3@usdoj.gov

 *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                            */s/ Kimere J. Kimball*
                                            Kimere J. Kimball